IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SKYE HILLARY VEHR,**

      **Plaintiff,**

vs.                                                         **Case No.: 2:13-cv-805**
                                                                 **JUDGE SMITH**
                                                                 **Magistrate Judge Deavers**

**US DEPARTMENT OF THE TRESURY,**

      **Defendant.**

## ORDER

On August 15, 2013, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's request to proceed *in forma pauperis* be GRANTED, but that Plaintiff's Complaint be dismissed as both frivolous and for failure to state a claim. (*See Report and Recommendation*, Doc. 3). The parties were advised of their right to object to the *Report and Recommendation.* This matter is now before the Court on Plaintiff's Objection to the *Report and Recommendation.* (*See* Doc. 4). The Court will consider the matter *de novo.* See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The objections, however, merely present the arguments and issues presented to and considered by the Magistrate Judge in the *Report and Recommendation*. For the reasons stated in the *Report and Recommendation*, this Court finds that the objections are without merit.

The *Report and Recommendation,* Document 3, is **ADOPTED** and **AFFIRMED.** Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED** and Plaintiff's

Complaint is hereby **DISMISSED**.

The Clerk shall remove Documents 3 and 4 from the Court's pending motions list.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**